Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 31, 2023**     *X* /s/ Bruce Schaumberg
                                           Signature of individual signing on behalf of debtor

                                           **Bruce Schaumberg**
                                           Printed name

                                           **Member, NEW Technology Holdings, LLC**
                                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **NOVO Health Technology Group, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | **23-21460** |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capsuletech, Inc. 222 Jacobs Street Cambridge, MA 02141** | | **Vendor invoices** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$19,053.36** |
| **Change Healthcare PO Box 98347 Chicago, IL 60693** | | **Medical Necessity Checks for period 4/9/2023 - 4/8/2024** | | | | **$63,000.00** |
| **Epic Systems Corporation 1979 Milky Way Verona, WI 53593** | | **Recurring subscription fees** | **Contingent Unliquidated Disputed** | | | **$2,161,571.05** |
| **Epic Systems Corporation 1979 Milky Way Verona, WI 53593** | | **One time fees relating to implementation and professional services** | **Contingent Unliquidated Disputed** | | | **$2,037,875.88** |
| **Epic Systems Corporation 1979 Milky Way Verona, WI 53593** | | **One time software license fee** | **Contingent Unliquidated Disputed** | | | **$913,993.01** |
| **Epic Systems Corporation 1979 Milky Way Verona, WI 53593** | | **Late fees** | **Contingent Unliquidated Disputed** | | | **$323,294.95** |
| **Medix Staffing Solutions, Inc. 222 S. Riverside Plaza, Ste 2120 Chicago, IL 60606** | | **Staffing and Recruiting; lawsuit pending as ND IL Case # 22-cv-00225** | | | | **$1,583,276.00** |

Fill in this information to identify the case:

Debtor name **NOVO Health Technology Group, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **23-21460**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

Part 1: **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................... $ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $ 571,735.41

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ 571,735.41

Part 2: **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 7,462,597.84

4. Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b | $ 7,462,597.84

| Fill in this information to identify the case: |

Debtor name    **NOVO Health Technology Group, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WISCONSIN

Case number (if known)   **23-21460**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Settlers Bank** | **Business Checking** | 855 | $11,746.65 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$11,746.65**

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 395,827.69 | - | 0.00 | = .... | $395,827.69 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Accounts Receivable - under 90 days old (see attached summary, as of 5/25/2023)**

| 11b. Over 90 days old: | 164,161.07 | - | 0.00 | =.... | $164,161.07 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Accounts Receivable - over 90 days old (see attached summary, as of 5/25/2023)**

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $559,988.76 |
|---|

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |

**Debtor is party to multiple license agreements
related to Electronic Health Records
platform/product offered to Debtor's
customers (see Schedule G for additional
details)**      **Unknown**      **Unknown**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**            **$0.00**

     Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ☑ No
     ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☑ No
     ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ☑ Yes Fill in the information below.

                                              **Current value of
debtor's interest**

71.    **Notes receivable**
     Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**
     **Claim / Counterclaim against Epic Systems Corporation
arising in connection with the License and Support
Agreement**      **Unknown**
     Nature of claim
     Amount requested      **To Be Determined**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | |
    |---:|
    | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,746.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $559,988.76 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $571,735.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $571,735.41 |

# NOVO Health Technology Group LLC

## A/R Aging Summary

As of May 25, 2023

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| NGX | | | | | | $0.00 |
| NGX - Bluffdale | | 15,206.23 | | | 52,773.25 | $67,979.48 |
| NGX - Lawrenceville | 3,973.25 | 103,696.17 | | | | $107,669.42 |
| NGX - Lehi | | 28,786.19 | | | 74,146.50 | $102,932.69 |
| NGX - New Lenox | | 77,643.81 | | | | $77,643.81 |
| NGX - Victoria | | 48,122.04 | | | 25,000.00 | $73,122.04 |
| NGX - Waco, TX | 25,000.00 | | | | | $25,000.00 |
| **Total NGX** | **28,973.25** | **273,454.44** | | | **151,919.75** | **$454,347.44** |
| Orthopedic & Sports Institute | | 20,000.00 | 42,500.00 | 20,000.00 | | $82,500.00 |
| Orthopedic & Sports Surgery Center | | 10,900.00 | | | 12,241.32 | $23,141.32 |
| TOTAL | **$28,973.25** | **$304,354.44** | **$42,500.00** | **$20,000.00** | **$164,161.07** | **$559,988.76** |

Fill in this information to identify the case:

Debtor name **NOVO Health Technology Group, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **23-21460**

☐ Check if this is an
amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Debtor name **NOVO Health Technology Group, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **23-21460**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Capsuletech, Inc.**
**222 Jacobs Street**
**Cambridge, MA 02141**

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor invoices**

Is the claim subject to offset? ■ No ■ Yes

**$19,053.36**

---

**3.2** Nonpriority creditor's name and mailing address
**Change Healthcare**
**PO Box 98347**
**Chicago, IL 60693**

Date(s) debt was incurred  **Balance as of 5-3-2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Necessity Checks for period 4/9/2023 - 4/8/2024**

Is the claim subject to offset? ■ No ☐ Yes

**$63,000.00**

---

**3.3** Nonpriority creditor's name and mailing address
**Epic Systems Corporation**
**1979 Milky Way**
**Verona, WI 53593**

Date(s) debt was incurred  **Balance as of 5-3-2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **One time fees relating to implementation and professional services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,037,875.88**

---

**3.4** Nonpriority creditor's name and mailing address
**Epic Systems Corporation**
**1979 Milky Way**
**Verona, WI 53593**

Date(s) debt was incurred  **Balance as of 5-3-2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **One time software license fee**

Is the claim subject to offset? ■ No ☐ Yes

**$913,993.01**

---

25576

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $323,294.95 |

**Epic Systems Corporation**
**1979 Milky Way**
**Verona, WI 53593**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Balance as of 5-3-2023**

Basis for the claim:  **Late fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,161,571.05 |

**Epic Systems Corporation**
**1979 Milky Way**
**Verona, WI 53593**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Balance as of 5-3-2023**

Basis for the claim:  **Recurring subscription fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $227,504.00 |

**Focus Solutions, LLC**
**171 Fox Shores Drive**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance as of 5-3-2023**

Basis for the claim:  **Data Conversion and Analytics Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,889.59 |

**Focus Systems, LLC**
**W5753 Firelane 12**
**Menasha, WI 54952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance as of 5-3-2023**

Basis for the claim:  **Technical Support and Hosting**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,583,276.00 |

**Medix Staffing Solutions, Inc.**
**222 S. Riverside Plaza, Ste 2120**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance as of 5-3-2023**

Basis for the claim:  **Staffing and Recruiting; lawsuit pending as ND IL Case # 22-cv-00225**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,140.00 |

**NEW Tech Holdings, LLC**
**dba XBridge**
**171 Fox Shores Drive**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance as of 5-3-2023**

Basis for the claim:  **API Integration Platform**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **General Counsel**<br>**Epic Systems Corporation**<br>**1979 Milky Way**<br>**Verona, WI 53593** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **General Counsel**<br>**Epic Systems Corporation**<br>**1979 Milky Way**<br>**Verona, WI 53593** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **General Counsel**<br>**Epic Systems Corporation**<br>**1979 Milky Way**<br>**Verona, WI 53593** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **General Counsel**<br>**Epic Systems Corporation**<br>**1979 Milky Way**<br>**Verona, WI 53593** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Judith R. Faulkner**<br>**CEO**<br>**Epic Systems Corporation**<br>**1979 Milky Way**<br>**Verona, WI 53593** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Judith R. Faulkner**<br>**CEO**<br>**Epic Systems Corporation**<br>**1979 Milky Way**<br>**Verona, WI 53593** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Judith R. Faulkner**<br>**CEO**<br>**Epic Systems Corporation**<br>**1979 Milky Way**<br>**Verona, WI 53593** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Judith R. Faulkner**<br>**CEO**<br>**Epic Systems Corporation**<br>**1979 Milky Way**<br>**Verona, WI 53593** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 7,462,597.84 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 7,462,597.84 |

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **License Agreement for use of AMA-published data files** | |
| State the term remaining — **Until Terminated** | **American Medical Association**<br>**330 North Wabash Avenue, Suite 39300**<br>**Chicago, IL 60611-5885** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Subscription Agreement for Professional Revenue Cycle Management services** | |
| State the term remaining — **October 27, 2023** | **Availity, L.L.C. / RealMed Corporation**<br>**5555 Gate Parkway, Suite 110**<br>**Attn: General Counsel**<br>**Jacksonville, FL 32256** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **Unexpired executory Contract for Medical Necessity Checks** | |
| State the term remaining | **Change Healthcare**<br>**PO Box 98347**<br>**Chicago, IL 60693** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **License and Support Agreement for use of Epic's EHR Platform** | |
| State the term remaining | **Epic Systems Corporation**<br>**1979 Milky Way**<br>**Verona, WI 53593** |
| List the contract number of any government contract | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired Executory Contract for Billing and Coding Support** | |
|---|---|---|---|
| | State the term remaining | | **Experian** |
| | List the contract number of any government contract | | **720 Cool Springs Blvd, Ste 200 Franklin, TN 37067** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Collaboration Agreement to provide technical support and data center / hosting services for the EPIC EHR Platform** | |
|---|---|---|---|
| | State the term remaining | **Ongoing until terminated** | **Focus Systems, LLC** |
| | List the contract number of any government contract | | **W5753 Firelane 12 Menasha, WI 54952** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for participation in the NOVO Health EHR Access Program** | |
|---|---|---|---|
| | State the term remaining | **June 30, 2026** | **FVOSA Surgical Partners, LLC** |
| | List the contract number of any government contract | | **2105 E. Enterprise Ave. Appleton, WI 54913** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired Executory Contract for Health Information Exchange** | |
|---|---|---|---|
| | State the term remaining | | **Healtheway, Inc. dba eHealth Exchange** |
| | List the contract number of any government contract | | **8300 Boone Blvd., Ste. 500 Vienna, VA 22182** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Unexpired Executory Contract for Authentication and Security** | |
|---|---|---|---|
| | State the term remaining | | **Imprivata** |
| | List the contract number of any government contract | | **10 Maguire Road, Bldg 4 Lexington, MA 02421** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Contract for integrated payment processing services**

State the term remaining

List the contract number of any government contract

InstaMed
1880 John F Kennedy Blvd.
12th Floor
Philadelphia, PA 19103

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

**Licensing Agreement for Clinical Content**

State the term remaining     **September 23, 2024**

List the contract number of any government contract

Intelligent Medical Objects, Inc.
9600 West Bryn Mawr Ave, Ste 100
Rosemont, IL 60018

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

**Contract for Appointment Reminders**

State the term remaining     **11/5/2023**

List the contract number of any government contract

Intrado/Televox
Intrado Interactive Services Corporation
11808 Miracle Hills Dr
Omaha, NE 68154

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

**Technology License Agreement for Dictation and Transcription platform
10/31/2023**

State the term remaining

List the contract number of any government contract

iScribe
1903 21st Avenue South
Nashville, TN 37212

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

**License Agreement for use of CareSelect Imaging platform**

State the term remaining     **April 9, 2024**

List the contract number of any government contract

National Decision Support Company
9 Bartlet Street #314
Andover, MA 01810

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for participation in the NOVO Health EHR Access Program** | |
|---|---|---|---|
| | State the term remaining | **5/25/2027** | **Neuragenex Treatment Centers** |
| | | | **4140 East Baseline Road** |
| | | | **Suite 101** |
| | List the contract number of any government contract | | **Mesa, AZ 85206** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for participation in the NOVO Health EHR Access Program** | |
|---|---|---|---|
| | State the term remaining | **June 30, 2026** | **NeuroSpine Center of Wisconsin, S.C.** |
| | | | **5320 West Michaels Drive** |
| | List the contract number of any government contract | | **Appleton, WI 54913** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Management Services Agreement dated May 17, 2022 - expired post-petition prior to filing completed schedules** | |
|---|---|---|---|
| | State the term remaining | **Terminates May 17, 2023** | **New Technology Holdings, LLC** |
| | | | **Attn: Mr. Bruce Schaumberg** |
| | | | **N9642 Country Road N** |
| | List the contract number of any government contract | | **Appleton, WI 54915** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for participation in the NOVO Health EHR Access Program** | |
|---|---|---|---|
| | State the term remaining | **June 30, 2026** | **Orthopedic and Sports Institute** |
| | | | **d/b/a OCA** |
| | | | **2105 E. Enterprise Ave.** |
| | List the contract number of any government contract | | **Appleton, WI 54913** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Connectivity Agreement for Electronic Prescriptions** | |
|---|---|---|---|
| | State the term remaining | | **Surescripts** |
| | | | **2550 South Clark Street, 10th Flr** |
| | List the contract number of any government contract | | **Arlington, VA 22202** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement for Clincial Content** | |
|---|---|---|---|
| | State the term remaining | **September 9, 2023** | |
| | List the contract number of any government contract | | **Wolterskluwer (UpToDate)-Medispan**<br>**8425 Woodfield Crossing Blvd, Ste 490**<br>**Indianapolis, IN 46240** |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Curt Kubiak** | **123 Ashbrooke Place Neenah, WI 54956 Named as a co-defendant by Medix; Debtor disputes liability** | **Medix Staffing Solutions, Inc.** | ☐ D _____ ■ E/F **3.9** ☐ G _____ |
| 2.2 **Innovation Alliance, LLC** | **Attn: Curt Kubiak 691 S. Green Bay Rd., #168 Neenah, WI 54956 Named as a co-defendant by Medix; Debtor disputes liability** | **Medix Staffing Solutions, Inc.** | ☐ D _____ ■ E/F **3.9** ☐ G _____ |
| 2.3 **Novo Conservative Care, LLC** | **2105 E. Enterprise Avenue Appleton, WI 54913 Entity is Defunct; Named as a co-defendant by Medix; Debtor disputes liability** | **Medix Staffing Solutions, Inc.** | ☐ D _____ ■ E/F **3.9** ☐ G _____ |
| 2.4 **Novo Direct Contracting, LLC** | **2105 E. Enterprise Avenue Appleton, WI 54913 Entity is Defunct; Named as a co-defendant by Medix; Debtor disputes liability** | **Medix Staffing Solutions, Inc.** | ☐ D _____ ■ E/F **3.9** ☐ G _____ |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| 2.5 | **Novo Health, LLC** | **Attn: Curt Kubiak**<br>**691 S. Green Bay Rd., #168**<br>**Neenah, WI 54956**<br>**Named as a co-defendant by Medix;**<br>**Debtor disputes liability** | **Medix Staffing Solutions, Inc.** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
|---|---|---|---|---|
| 2.6 | **Novo, LLC** | **2105 E. Enterprise Avenue**<br>**Appleton, WI 54913**<br>**Entity is Defunct; Named as a**<br>**co-defendant by Medix; Debtor disputes**<br>**liability** | **Medix Staffing Solutions, Inc.** | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __NOVO Health Technology Group, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF WISCONSIN__

Case number (if known) __23-21460__

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$179,700.50** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$615,000.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,258,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Novo Health, LLC Attn: Curt Kubiak 691 S. Green Bay Rd., #168 Neenah, WI 54956 Sole Member** | **April 2022 through April 2023** | **$407,614.00** | **Contracted use of employees** |
| 4.2. **Sandra Rochon** **Manager** | **February 2023** | **$12,362.64** | **Expense reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Medix Staffing Solutions, Inc. vs. Novo Health, LLC et al 22-CV-00225** | **Breach of Contract** | **US District Court, ND Illinois Everett McKinley Dirksen US Courthouse 219 South Dearborn Street Chicago, IL 60604** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. Payments related to bankruptcy
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | STEINHILBER SWANSON LLP<br>107 Church Avenue<br>Oshkosh, WI 54901 | | 4/18/2023 | $50,000.00 |
| | Email or website address<br>jmenn@steinhilberswanson.com | | | |
| | Who made the payment, if not debtor?<br>New Technology Holdings, LLC | | | |

12. Self-settled trusts of which the debtor is a beneficiary
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Debtor's data platform stores and manages electronic health records, which contain significant PII**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Sandra Rochon's home | Sandra Rochon | Original hard copies of various contracts | ☐ No ■ Yes |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Debtor's Customers | Cloud Storage | Debtor is entrusted with overseeing and maintaining the safety and integrity of significant Electronic Health Record information of its customers, which is stored in cloud servers owned and hosted by Microsoft | Unknown |

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **CliftonLarsonAllen LLP** <br> **200 East Washington Street** <br> **PO Box 1739** <br> **Appleton, WI 54912** | **2020 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **CliftonLarsonAllen LLP** <br> **200 East Washington Street** <br> **PO Box 1739** <br> **Appleton, WI 54912** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **New Technology Holdings, LLC** | **Attn: Mr. Bruce Schaumberg N9642 Country Road N Appleton, WI 54915** | **Operations manager pursuant to Management Services Agreement dated May 17, 2022; subsequently purchased the membership interest from Novo Health, LLC effective 5/31/2023, becoming the sole LLC Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Novo Health, LLC | **Attn: Curt Kubiak 691 S. Green Bay Rd., #168 Neenah, WI 54956** | **100% member** | **2/21/2020 through 5/31/2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Sandra Rochon** | | **Manager** | **Through 5/31/2023** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Curt Kubiak** | | **Assistant Manager** | **Through 5/31/2023** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Novo Health, LLC**<br>**Attn: Curt Kubiak**<br>**691 S. Green Bay Rd., #168**<br>**Neenah, WI 54956** | $407,614 | **April 2022 through April 2023** | Reimbursement / payment for contracted use of Novo Health employees |
| | **Relationship to debtor**<br>**100% Member** | | | |
| 30.2. | **Sandra Rochon** | $12,362.64 | **February 2023** | **Expense reimbursement** |
| | **Relationship to debtor**<br>**Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 31, 2023**

**/s/ Bruce Schaumberg**                              **Bruce Schaumberg**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Member, NEW Technology Holdings, LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### Eastern District of Wisconsin

In re  **NOVO Health Technology Group, LLC**  
Debtor(s)

Case No.  **23-21460**  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **New Technology Holdings, LLC** <br> **Attn: Mr. Bruce Schaumberg** <br> **N9642 Country Road N** <br> **Appleton, WI 54915** | | | **100% LLC Member (as of 5/31/2023)** |
| **Novo Health, LLC** <br> **Attn: Curt Kubiak** <br> **691 S. Green Bay Rd., #168** <br> **Neenah, WI 54956** | | | **100% LLC Member (through 5/31/2023)** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member, NEW Technology Holdings, LLC** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 31, 2023**

Signature  **/s/ Bruce Schaumberg**  
**Bruce Schaumberg**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

In re    __NOVO Health Technology Group, LLC__       Case No.   __23-21460__
                              Debtor(s)           Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Member, NEW Technology Holdings, LLC of the corporation named as the debtor in this case, hereby verify that the attached

list of creditors is true and correct to the best of my knowledge.

Date:    __May 31, 2023__            __/s/ Bruce Schaumberg__
                                           **Bruce Schaumberg**/**Member, NEW Technology Holdings, LLC**
                                           Signer/Title

American Medical Association
330 North Wabash Avenue, Suite 39300
Chicago, IL 60611-5885

Availity, L.L.C. / RealMed Corporation
5555 Gate Parkway, Suite 110
Attn: General Counsel
Jacksonville, FL 32256

Capsuletech, Inc.
222 Jacobs Street
Cambridge, MA 02141

Change Healthcare
PO Box 98347
Chicago, IL 60693

Curt Kubiak
123 Ashbrooke Place
Neenah, WI 54956

Epic Systems Corporation
1979 Milky Way
Verona, WI 53593

Experian
720 Cool Springs Blvd, Ste 200
Franklin, TN 37067

Focus Solutions, LLC
171 Fox Shores Drive
De Pere, WI 54115

Focus Systems, LLC
W5753 Firelane 12
Menasha, WI 54952

FVOSA Surgical Partners, LLC
2105 E. Enterprise Ave.
Appleton, WI 54913

General Counsel
Epic Systems Corporation
1979 Milky Way
Verona, WI 53593

Healtheway, Inc. dba eHealth Exchange
8300 Boone Blvd., Ste. 500
Vienna, VA 22182

Imprivata
10 Maguire Road, Bldg 4
Lexington, MA 02421

Innovation Alliance, LLC
Attn: Curt Kubiak
691 S. Green Bay Rd., #168
Neenah, WI 54956

InstaMed
1880 John F Kennedy Blvd.
12th Floor
Philadelphia, PA 19103

Intelligent Medical Objects, Inc.
9600 West Bryn Mawr Ave, Ste 100
Rosemont, IL 60018

Intrado/Televox
Intrado Interactive Services Corporation
11808 Miracle Hills Dr
Omaha, NE 68154

iScribe
1903 21st Avenue South
Nashville, TN 37212

Judith R. Faulkner
CEO
Epic Systems Corporation
1979 Milky Way
Verona, WI 53593

Medix Staffing Solutions, Inc.
222 S. Riverside Plaza, Ste 2120
Chicago, IL 60606

National Decision Support Company
9 Bartlet Street #314
Andover, MA 01810

Neuragenex Treatment Centers
4140 East Baseline Road
Suite 101
Mesa, AZ 85206

NeuroSpine Center of Wisconsin, S.C.
5320 West Michaels Drive
Appleton, WI 54913

NEW Tech Holdings, LLC
dba XBridge
171 Fox Shores Drive
De Pere, WI 54115

Novo Health, LLC
Attn: Curt Kubiak
691 S. Green Bay Rd., #168
Neenah, WI 54956

Orthopedic and Sports Institute
d/b/a OCA
2105 E. Enterprise Ave.
Appleton, WI 54913

Surescripts
2550 South Clark Street, 10th Flr
Arlington, VA 22202

Wolterskluwer (UpToDate)-Medispan
8425 Woodfield Crossing Blvd, Ste 490
Indianapolis, IN 46240

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **NOVO Health Technology Group, LLC**      Case No.   **23-21460**

                      Debtor(s)      Chapter     **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **NOVO Health Technology Group, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**New Technology Holdings, LLC**
**Attn: Mr. Bruce Schaumberg**
**N9642 Country Road N**
**Appleton, WI 54915**

**Novo Health, LLC**
**Attn: Curt Kubiak**
**691 S. Green Bay Rd., #168**
**Neenah, WI 54956**


☐ None [*Check if applicable*]


**May 31, 2023**
_____
Date

**/s/ John W. Menn**
_____
**John W. Menn 1073739**
Signature of Attorney or Litigant
Counsel for   **NOVO Health Technology Group, LLC**
**STEINHILBER SWANSON LLP**
**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690 Fax:920-426-5530**
**jmenn@steinhilberswanson.com**