# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Novo Health Technology Group, LLC,   Case No. 23-21460-gmh

Chapter 11

Debtor.

## ORDER GRANTING APPLICATION FOR AUTHORITY TO RETAIN AND EMPLOY SWANSON SWEET LLP AS GENERAL BANKRUPTCY COUNSEL

The above-captioned debtor (the "Debtor") filed an application to employ Swanson Sweet LLP as general bankruptcy counsel to the Debtor and its estate. The court has reviewed the declaration of John W. Menn filed in support of the Debtor's application, and it appears that Swanson Sweet LLP is a disinterested person and that the employment of Swanson Sweet LLP is in the best interests of the Debtor's estate and its economical administration. Accordingly:

IT IS ORDERED that the Debtor is authorized to employ Swanson Sweet LLP to act as attorneys for the Debtor and its estate, with compensation to be paid in such amounts as may be allowed by the court upon proper application therefor.

Drafted by:
John W. Menn
Swanson Sweet LLP
107 Church Avenue
Oshkosh, WI 54901
Tel: (920) 426-0456; Fax: (920) 426-5530
jmenn@swansonsweet.com

IT IS FURTHER ORDERED that the effective date of the representation authorized by this order is October 3, 2023.

#####

Page 2

Case 23-21460-gmh    Doc 157    Filed 10/18/23    Page 2 of 2