So Ordered.

Dated: November 15, 2023



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

In re:

| | | |
|---|---|---|
| NOVO Health Technology Group, LLC, | | Case No. 23-21460-gmh |
| Address: | 691 South Green Bay Rd, #168<br>Neenah, WI 54956 | Chapter 11 |

Employer's Tax-Identification No.: 85-1986577

Debtor.

---

### ORDER DISMISSING CASE

---

Based on the court's November 15, 2023, oral ruling, this case is dismissed.

# # # #